UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| GERALD L. DAMIANO,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants.<br>_____/ | No. C 14-02863 LB<br><br>**ORDER DIRECTING PLAINTIFF TO FILE AN AMENDED APPLICATION TO PROCEED IN FORMA PAUPERIS** |

On June 20, 2014, Plaintiff Gerald L. Damiano filed a complaint against Defendants City and County of San Francisco and San Francisco Municipal Transportation Agency. Complaint, ECF No. 1. At the same time, he also filed an application to proceed in forma pauperis. IFP Application, ECF No. 3.

His application is incomplete. For Question No. 2, Mr. Damiano stated that he receives Social Security retirement benefits, but he failed to state the amount he receives. For Question No. 3, he stated that his spouse is self-employed but he failed to state his spouse's monthly salary, wages, or income. Instead, he responded that he did not know this information, but he made no attempt to explain why he could not find this information out. For Question No. 6, he stated that his vehicle was not financed, but he then stated that he still owes less than $1,000 on it. If his vehicle is not financed, then he should not owe any money on it. For Question No. 9, he simply did not say whether he has any debts other than those mentioned earlier in the application. Finally, he neither

signed nor dated the application, which must be submitted under penalty of perjury.

For this reason, the court **ORDERS** Mr. Damiano to file an amended IFP application no later than **Monday, July 14, 2014**. Failure to do so could result in the dismissal of his action without prejudice.

**IT IS SO ORDERED.**

Dated: July 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge